# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEM FUNDING XXI, L.P., a Delaware Limited Partnership, LEM PARALLEL XXI, L.P., a Delaware Limited Partnership, LEM 2Q NEVADA, LLC, a Delaware Limited Liability Company, LEM 2P NEVADA, LLC, a Delaware Limited Liability Company, LEM FUNDING, XXX, L.P., a Delaware Limited Partnership, and LEM PARALLEL XXX, L.P., a Delaware Limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL M. MEUSY, II, RUSSELL M. MEUSY, III, MSI GROUP, LLC, a Nevada Limited Liability Company, AMERICAN ASSET PARTNERS, INC., a Nevada Corporation, CENTURY VILLAGE HOLDINGS, LLC, a Delaware Limited Liability Company, and AAPI FUND VIII CASA ROYALE HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:08-cv-01273-JCM-(PAL)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL** |

///

///

///

///

The Court having reviewed Plaintiffs' Motion For Voluntary Dismissal as well as the papers and pleadings on file, and good cause appearing therefore:

IT IS HEREBY ORDERED Plaintiffs' Motion For Voluntary Dismissal is granted, and this proceeding is dismissed without prejudice with all parties to bear their own costs and attorneys' fees.

Dated this 30th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LIONEL SAWYER & COLLINS

/s/ Robert Hernquist
Robert Hernquist, Nevada Bar No. 10616

*Attorney for Plaintiffs*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888