**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEM FUNDING XXI, L.P., a Delaware Limited Partnership, LEM PARALLEL XXI, L.P., a Delaware Limited Partnership, LEM 2Q NEVADA, LLC, a Delaware Limited Liability Company, LEM 2P NEVADA, LLC, a Delaware Limited Liability Company, LEM FUNDING, XXX, L.P., a Delaware Limited Partnership, and LEM PARALLEL XXX, L.P., a Delaware Limited Partnership, | Case No. 2:08-cv-01273-JCM-(PAL) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL** |
| v. | |
| RUSSELL M. MEUSY, II, RUSSELL M. MEUSY, III, MSI GROUP, LLC, a Nevada Limited Liability Company,  AMERICAN ASSET PARTNERS, INC., a Nevada Corporation, CENTURY VILLAGE HOLDINGS, LLC, a Delaware Limited Liability Company, and AAPI FUND VIII CASA ROYALE HOLDINGS, LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

1        The Court having reviewed Plaintiffs' Motion For Voluntary Dismissal as well as the

2    papers and pleadings on file, and good cause appearing therefore:

3        IT IS HEREBY ORDERED Plaintiffs' Motion For Voluntary Dismissal is granted, and this

4    proceeding is dismissed without prejudice with all parties to bear their own costs and attorneys'

5    fees.

6        Dated this 30th day of September, 2011.

7    

8                UNITED STATES DISTRICT JUDGE

9    

10   

11   

12   

13   

14   Submitted by:

15   LIONEL SAWYER & COLLINS

16   /s/ Robert Hernquist
     Robert Hernquist, Nevada Bar No. 10616

17   *Attorney for Plaintiffs*

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28   

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2